# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDRICK CONNORS,               )
        Plaintiff,              )    Case No. 2:12-cv-01478-GMN-CWH
                                     )
vs.                             )    **ORDER**
                                     )
NEVADA ENERGY,                  )
        Defendant.             )

This matter is before the Court on Plaintiff's Motion for Injunctive Relief (#8), field September 19, 2012 and Plaintiff's Motion for Injunctive Relief (#9), filed September 24, 2012.

Both of Plaintiff's motions consist of a single sentence: "I am filing for [i]njunctive [r]elief." While courts construe pro se pleadings liberally, the Ninth Circuit has held that "[p]ro se must follow the same rules of procedure that govern other litigants." *E.g.*, *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). Pursuant to this Court's Local Rules, "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." *See* LR 7-2(d). Plaintiff has not provided any support or context for the motions currently under consideration, and the Court cannot, without more, adequately address the motions. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunctive Relief (#8) and Plaintiff's Motion for Injunctive Relief (#9) are **denied**.

DATED this 26th day of September, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge