# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FREDRICK CONNORS,

          Plaintiff(s),

  vs.

NEVADA ENERGY,

          Defendant(s).

Case No.:   2:12-cv-01478-GMN-CWH

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE C. W. HOFFMAN, JR.**

    Before the Court for consideration is the Findings and Recommendation (ECF No. 11) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered October 10, 2012. No objections have been filed. The Court has conducted a review of the record in this case, and determines that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff's Complaint (ECF 1-1) should be **DISMISSED with prejudice**, for Plaintiff's failure to file an amended complaint within thirty (30) days of the Court's September 7, 2012 Order.

    **DATED** this 6th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge